FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JUL 17 PM 4 53

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JAMES WILLIAMS,                )
                               )
        Plaintiff,             )
                               )
v.                             )    CV 306-28
                               )
                               )
FNU TANNER,                    )
                               )
        Defendant.             )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's complaint is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 17th day of July, 2006.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT